*Ware* for petitioners. *James L. Homire, John E. McCullough* and *Alvin J. Baumann* for respondent.

No. 245, Misc. BENNETT *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 366, Misc. HOLLIDAY *v.* ABRAM, WARDEN. Supreme Court of New Mexico. Certiorari denied. Petitioner *pro se. Richard H. Robinson,* Attorney General of New Mexico, *Fred M. Standley* and *Santiago E. Campos,* Assistant Attorneys General, and *Dean S. Zinn* for respondent.

No. 469, Misc. VOSS *v.* TENNESSEE. Supreme Court of Tennessee, Middle District. Certiorari denied. *James Clarence Evans* for petitioner. *Nat Tipton* and *Knox Bigham,* Assistant Attorneys General of Tennessee, for respondent.

No. 41. PREMIER OIL REFINING COMPANY OF TEXAS *v.* UNITED STATES, *ante,* p. 254;

No. 43. TEE-HIT-TON INDIANS *v.* UNITED STATES, *ante,* p. 272; and

No. 475. FORD ET AL. *v.* HUGHES TOOL CO., *ante,* p. 927. Petitions for rehearing denied.

No. 520. LARDNER *v.* TWENTIETH CENTURY-FOX FILM CORP., *ante,* p. 944. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.